UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLKS USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>A2 HOSTING, INC., a Michigan corporation,<br><br>Defendant. | CASE NO. 2:16-cv-04277 |

**STIPULATED ORDER DISMISSING THE ACTION WITH PREJUDICE**

This matter having come before the Court pursuant to the stipulation of the parties, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice and without the award of fees or costs to any party.

IT IS SO ORDERED.

Dated: May 4, 2017

Hon. Judge Christina A. Snyder
United States District Court Judge